Matter of Suarez v Rodney (2025 NY Slip Op 06674)

Matter of Suarez v Rodney

2025 NY Slip Op 06674

Decided on December 02, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 02, 2025

Before: Renwick, P.J., Scarpulla, Kapnick, Mendez, O'Neill Levy, JJ. 

Appeal No. 5276|Case No. 2025-05890|

[*1]In the Matter of Nicol Suarez, Petitioner,
v
Michele S. Rodney, etc., et al., Respondents.

Twyla Carter, The Legal Aid Society, New York (Samantha Diaz of counsel), for petitioner.
Alvin L. Bragg, Jr., District Attorney, New York (Candice White of counsel), for Alvin L. Bragg, Jr., District Attorney, respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 2, 2025